Julia Azrael (Bar No. 109049)
Katherine L. Curtis (Bar No. 222572)
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone:  (818) 766-5177
Facsimile:  (818) 766-5047
jazrael@azraellaw.net

Attorneys for Defendant
PROGRESSIVE SELECT INSURANCE COMPANY
Erroneously sued as Progressive Direct
Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINE GOLBUDAKYAN, an individual; and MISSAK GHAZANCHYAN,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio corporation; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

1.   On July 19, 2017, Plaintiffs, PERINE GOLBUDAKYAN and MISSAK GHAZANCHYAN, filed a Complaint in the above-entitled civil action, bearing case

1  number BC669134 in the Superior Court of the State of California for the County of
2  Los Angeles.  Plaintiffs served Defendant, PROGRESSIVE SELECT INSURANCE
3  COMPANY ("Progressive") on August 1, 2017.

4

5      2.     At the time the State Court action was filed and up to the present time,
6  Defendant, PROGRESSIVE SELECT INSURANCE COMPANY ("Progressive"),
7  has been and is an Ohio Corporation with its principal place of business in Mayfair,
8  Ohio.

9

10     3.     Plaintiffs were, on July 19, 2017, residents of Los Angeles County in the
11 State of California and are today California citizens.

12

13     4.     The instant complaint alleges causes of action for Breach of Insurance
14 Contract, Tortuous Denial of Insurance Benefits, and Breach of the Implied Covenant
15 of Good Faith and Fair Dealing.  Plaintiffs did not allege damages in the complaint
16 sufficient to ascertain a measure of damages.

17

18     5.     Progressive propounded a request to admit to each Plaintiff that:

19

20         "The amount of damages of any kind (including punitive
21         damages and attorney's fees) which you claim you
22         sustained as a result of the acts or omissions of
23         PROGRESSIVE SELECT INSURANCE COMPANY as
24         set forth in your complaint, excluding interests and costs,
25         does not exceed $75,000.

26

27

28 / / /

On March 3, 2018, each Plaintiff responded to the Request for Admission as follows: "Deny." As of March 3, 2018, Progressive knew that each Plaintiff in this case claimed damages in excess of $75,000.00.

6. 28 U.S.C. §1446(b) states:

> "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. **If the case stated by the initial pleading is not removable, a petition for removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable**." (Emphasis added)

7. This removal is timely as it is filed within 30 days of service of the "other paper", to wit the March 30, 2018 verified response to Request for Admission No. 1 by each Plaintiff, containing a firm denial that his/her case is worth $75,000 or less. *See* 28 U.S.C. § 1446 (c)(3)(A) (stating that information relating to the amount in controversy in responses to discovery shall be treated as an "other paper").

Defendant has been aware of the basis of the jurisdiction amount based on this round of discovery for less than 30 days as of the date of this removal.

8.  The grounds for removal are that complete diversity exists between Plaintiffs, on the one hand, and Defendant, on the other hand, as shown in paragraphs 2 and 3, respectively, and the controversy exceeds the sum of $75,000.00, exclusive of costs, as shown in paragraph 5.  Thus, this Court has subject matter jurisdiction of the instant action pursuant to 28 U.S.C. Section 1332(a).

9.  Progressive therefore files this Notice of Removal of Civil Action to the United States District Court.  Copies of all process and pleadings are attached to this Notice as follows:

Exhibit A - Summons & Complaint
Exhibit B - Answer of Progressive Select Insurance Company
Exhibit C - Notice of Case Management Conference and Order to Show Cause Hearing
Exhibit D - Civil Deposit – Jury Fees (Progressive)
Exhibit E - Case Management Statement (Progressive)
Exhibit F - Case Management Statement (Plaintiffs)
Exhibit G - Notice of Posting Jury Fees (Plaintiffs)
Exhibit H - Request for Admission to Perine Golbudakyan and Missak Ghazanchyan.
Exhibit I - Perine Golbudakyan's and Missak Ghazanchyan's Verified Response to Request for Admission.
Exhibit J - Perine Golbudakyan's Amended Further Responses to Request for Admission, Set One.

Exhibit K   -   Missak Ghazanchyan's Amended Further Responses to Request for Admission, Set One.

DATED: April 3, 2018         LAW OFFICES OF JULIA AZRAEL

By: /s/ *Julia Azrael*
　　JULIA AZRAEL
　　KATHERINE L. CURTIS
　　Attorneys for Defendant PROGRESSIVE SELECT INSURANCE COMPANY